UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARQUISHA MATTHEWS | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | 1:13-CV-02353-WSD |
| | ) | |
| ULTIMATE SPORTS BAR, LLC, BLUE STAR KITCHEN, INC and ALRE M. ALSTON, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Local Rule 83.1(D), Attorneys Frederica Joy White and Jamala McFadden of the law firm McFadden, White, Sprattlin & Davis LLC, hereby enter their appearance in the above captioned matter on behalf of Defendant Alre M. Alston.

Respectfully submitted, this the 21st day of July, 2014.

      **MCFADDEN, WHITE, SPRATTLIN & DAVIS LLC**

      /s/ Frederica Joy White
      Frederica Joy White
      Georgia Bar. No. 753400
      jwhite@theemploymentlawsolution.com

      /s/ Jamala McFadden

Jamala McFadden
Georgia Bar No. 490959
jmcfadden@theemploymentlawsolution.com


191 Peachtree Street
Suite 3300
Atlanta, Georgia 30303-1557
Telephone:  (404) 419-7287
Facsimile:   (404) 393-9577

**ATTORNEYS FOR
DEFENDANT ALRE M. ALSTON**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARQUISHA MATTHEWS | ) | Civil Action No. |
| | ) | |
| Plaintiff, | ) | 1:13-CV-02353-WSD |
| | ) | |
| ULTIMATE SPORTS BAR, LLC, BLUE STAR KITCHEN, INC and ALRE M. ALSTON, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2014, I electronically filed the foregoing *Notice of Appearance* using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

Charles R. Bridgers, Counsel for Plaintiffs
Kevin D. Fitzpatrick, Counsel for Plaintiffs

**MCFADDEN, WHITE, SPRATTLIN
& DAVIS LLC**

/s/ Frederica Joy White
Frederica Joy White
Georgia Bar. No. 753400
jwhite@theemploymentlawsolution.com

<u>/s/ Jamala McFadden</u>
Jamala McFadden
Georgia Bar No. 490959
jmcfadden@theemploymentlawsolution.com


191 Peachtree Street
Suite 3300
Atlanta, Georgia 30303-1557
Telephone:  (404) 419-7287
Facsimile:    (404) 393-9577

**ATTORNEYS FOR**
**DEFENDANT ALRE M. ALSTON**