UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUISHA MATTHEWS,<br><br>        Plaintiff,<br><br>vs.<br><br>ULTIMATE SPORTS BAR, LLC, et al<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13cv2353-TWT |

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 15th day of September, 2015.

                                          /s/Thomas W. Thrash
                                          THOMAS W. THRASH, JR.
                                          UNITED STATES DISTRICT JUDGE