UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARQUISHA MATTHEWS,
    plaintiff

    vs                                                  CIVIL ACTION NO.
                                                               1:13cv2353-TWT

ULTIMATE SPORTS BAR, LLC,
et al,
    defendants

O R D E R

    Discovery has expired.  Therefore, the parties are directed to file motions for summary judgment or the consolidated pre-trial order with the content in LR 16.4(B)  by **October 10, 2017**.  If any summary judgment  motions are filed, the pre-trial order will be due 30 days after entry of the order ruling on any motions for summary judgment.

    The Clerk is DIRECTED to submit this case on October 11, 2017 for further action if the parties fail to comply with this order.

    Failure to comply with this order may result in the dismissal of this action pursuant to Local Rule 41.3(A)(1).

    SO ORDERED, this 26th day of September, 2017.

                                   /s/Thomas W. Thrash
                                   THOMAS W. THRASH, JR.
                                   UNITED STATES DISTRICT COURT JUDGE